UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:17-cv-103-FDW

| | |
|---|---|
| ERIC L. GREEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ERIC DYE, et al., ) | **ORDER** |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on a motion for an enlargement of time within which to file dispositive motions, filed by Defendant Gamewell, (Doc. No. 39), and on a separate motion for enlargement of time within which to file dispositive motions, filed by Defendants Clawson, Hamilton, Miltonen, Poteat, Powell, and Welch, (Doc. No. 40). Defendants' motions are both GRANTED to the extent that all parties shall have until November 5, 2018, in which to file dispositive motions.

**IT IS, THEREFORE, ORDERED that:**

Defendants' Motions for Extension of Time to File Dispositive Motions, (Doc. Nos. 39, 40), are **GRANTED**, and all parties shall have until November 5, 2018, in which to file dispositive motions.

Signed: August 3, 2018

_Frank D. Whitney_
Frank D. Whitney
Chief United States District Judge

1