UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:17-cv-103-FDW

| ERIC L. GREEN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| ERIC DYE, et al., | ) | **ORDER** |
| Defendants. | ) | |

**THIS MATTER** is before the Court on Defendants' Motion to Strike, (Doc. No. 38), in which Defendants seek an Order from the Court striking Plaintiff's document filed as Docket Number 37. Defendants' motion is granted for the reasons stated in the motion—that is, the document at issue is not allowed under Rule 7(a) of the Federal Rules of Civil Procedure.

**IT IS THEREFORE ORDERED** that:

Defendants' Motion to Strike, (Doc. No. 38), is **GRANTED**, and Plaintiff's Document Number 37 is hereby stricken.

Signed: October 17, 2018

Frank D. Whitney
Chief United States District Judge

1